PD-0930-14     <u>PLEASE RESPOND.</u>

31 August 2015     Court of Criminal Appeals
of Texas

Mark David Simmons

v

State of Texas

CCA No. PD-0930-14
COA NO. 03-12-00278-CR
TRIAL COURT NO. CR10-0799

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

Honorable Court of Criminal Appeals of Texas,
(HONORABLE CLERK),

    I am seeking this letter be made part of the
file for the following good cause:

1.) In an attempt to report the death by abuse of
an older prisoner here on the Wynne Unit,
first through grievance, then by letters to the F.B.I.
and now by (42 USC 1983) I have experienced the
~~following~~ obstructions that have delayed my 11.07
state habeas corpus petition:

    a). The seizure of all my legal work and
mailing supplies by unit administration.

    b). The theft of considerable amounts of state
and federal evidence that pertain to both
11.07 and 22.54 and 1983 by unit administration.

    c). Currently I am held in an offender protection
cell pending investigation of numerous threats against
me by prison guards and administrators, all
my mailing supplies have (again) been taken,
and conditions in here are life-threatening and
beneath the animal level in this nation.

    2.) When convicted in a pro se defense ...

1 of 2

on April 9th of 2012, within four hours after entering prison the Texas Prison System at the Byrd Unit "seized and destroyed" over 90% of all defense legal work product (over 7000 pages of original documents) which they have never attempted to replace or take a formal report on. (I was pro se from arrest to sentencing.)

3.) I filed a 42 USC 1983 complaint which was filed by the U.S. District Court (Southern District) Houston Division, "in desparation" to attempt to get some form of remedy and protection in these matters.

Honorable Clerk, it is more than likely I am in a great deal of personal danger here because I witnessed the brutal death by abuse of an old man named Leopoldo Cruz from Odessa Texas. Mr. Cruz was cruelly and systematically abused to death at the hands of Warden K. Strongs' men, under her orders ... and I do not believe the F.B.I. has gotten any of the dozens of letters I've sent them.

It is important I get a fair chance at appellate petitions at state/federal levels, and if I fail at state level this delay is due to the obstructions and dangers I am now faced with. . . .

Respectfully
M. David Simmons